In The United States District Court
For the Southern District of Illinois

Jimmie Dunlap, #N82847
  Plaintiff
  v.

John Baldwin, Wexford Health, Christian Brown, Warden Thompson, et al
  Defendants

Case No. 20-cv-00462 SMY

Motion for reconsider for appointment of counsel

On 6-22-20 I received a memorandum and order, my request for counsel was denied and I was told that I need to attempt to secure counsel on my own, with respect to the court I have two more letter from counsel, at the time I couldnt get into my legal box, because its being held over in the Law Library, and since this (Covid-19) we dont have any use of the Law Library and we are on a lockdown still, It take 4-5 days to get my legal mail electronic filing, and Im waiting on a reply from, The Legal Aid Bureau, Chicago Volunteer Legal Service, Thomas G Morrissey, Kenneth N Flaxman, all Im waiting on a reply, Dont know if they received my letters due to the (Covid-19). Im doing what to court ask, here are the other two legal counsel request. I hope and pray the court understand Im doing whats ask of me and give me time to get a respons from counsel. It say I have until July 22.

Thank you

Jimmie Dunlap N82847
12078 Illinois RT 185
Hillsboro IL 62049

PS. I found other Letter of my Trying to get counsel to representation. They are added with my request.

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

July 27, 2018

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via U.S. Mail*
Jimmie Dunalp
N82847
Pinckneyville Correctional Center
5835 Rt. 154
Pinckneyville, IL 62274

    Re:    *Your request for legal representation*

To Jimmie Dunalp:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                                                 Sincerely,

                                                 Loevy & Loevy

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

June 12, 2019

***CONFIDENTIAL LEGAL CORRESPONDENCE***

*Via USPS Mail*
Jimmie Dunlap N82847
Graham Correctional Center
12078 IL. 185
Hillsboro, IL 62049

*Re: Your request for legal representation*

Jimmie Dunlap:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Derek Erdman
Loevy & Loevy

# PARTS & SPENCER, LTD.
*Attorneys at Law*

130 North Garland Court | Suite 2005 | Chicago, Illinois 60602
tel 312.920.0990 | fax 312.920.0991 | www.pslegal.net

August 24, 2018

Jimmie Dunlap
#N82847
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

        Re:    Potential Medical Malpractice / Civil Rights Lawsuit

Dear Jimmie:

        It was good to talk to you today about your prospective lawsuit arising from the mesh implant, the surgical procedure for implantation of the mesh implant, and subsequent issues concerning inadequate treatment / deliberate indifference.

        I am enclosing two different types of medical release forms for you to execute and return to me so that I could get a copy of your medical records. Please sign but do not date each of these forms and then return them to me. Also, you can send along additional records that you think are important for me to review. I will be glad to take a look at the records to see if we will be in a position to represent you in filing suit on your behalf.

        I know we spoke about my sending you a contract, but I will really need to review more records before signing any sort of representation agreement. Therefore, we will have to get and review some records and then talk about that at a later date

        I look forward to receiving the releases and other records you may wish to send and then speaking with you further.

                                                 Very truly yours,

                                               Mark Parts

# JONES DAY

77 WEST WACKER • SUITE 3500 • CHICAGO, ILLINOIS 60601.1692

TELEPHONE: +1.312.782.3939 • FACSIMILE: +1.312.782.8585

DIRECT NUMBER: (312) 269-4294
MPROTATORI@JONESDAY.COM

JP046187

June 17, 2019

Mr. Jimmie Dunlap #N82847
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, Illinois 62049

Re:   Representation Request

Dear Mr. Dunlap:

Thank you for your letter requesting representation. Due to the number of such inquiries we receive and the amount of time we already are spending on pro bono cases, we are not able to take on your case.

We wish you the best in your search for representation.

Very truly yours,

Mark P. Rotatori

NAI-1507825664v1

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DUSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON